UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA BARRANCO,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CUDAHY and Does 1-10, Inclusive,<br><br>    Defendants. | Case: 2:14-CV-09132-JAK-AGR<br><br>**ORDER GRANTING STIPULTION TO DISMISS CASE WITH PREJUDICE**<br><br>**JS-6** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 17, 2015        _____
                                            HONORABLE JOHN A. KRONSTADT
                                            UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal        Case: 2:14-CV-09132-JAK-AGR